### GIBSON v. STATE.   (No. 5778.)

(Court of Criminal Appeals of Texas. April 14, 1920.)

**Criminal law ⟪⟫1097(5)—Exceptions to charge not considered in absence of statement.**

Exceptions to the charge as given by the trial court in a prosecution for burglary cannot be considered on appeal, in the absence of statement of facts.

Appeal from District Court, Victoria County; John M. Green, Judge.

Enos Gibson was convicted of burglary, and he appeals. Affirmed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of burglary, and allotted two years in the penitentiary.

The record is before us without statement of facts or bill of exceptions. It is set forth in various ways in the motion for new trial why the evidence is not sufficient to support the conviction, but the facts are not before us, nor can the exceptions to the charge as given by the court be considered in the absence of the statement of facts.

The judgment will be affirmed.